John Powell

United States of America      Case NO: CR 119-024
  V.
John Willie Powell

FILED U.S. DISTRICT COURT AUGUSTA DIV. 2020 NOV 17 A 06 CLERK SO. DIST. OF GA

## Supplemental Authority Release Plan for motion for Compassionate Release

    I would like to add my release plan to my motion for compassionate Release. First, I plan on becoming a law abiding citizen which I would show greater respect for the law. I plan on going to physical therapy so I can learn how to walk again, also I plan on enrolling in substance abuse counseling and school so I could be a better person for my community and a better father to my kids. I will teach them not to make the same mistakes I did so they will have a brighter future then me. At the moment I get SSI check every month and I have medical insurance to pay for my therapy. I plan on getting my life together and follow the right path of life, I believe this is a lesson learned the hard way never to be repeated. I plan on getting married and moving to North Carolina for a new start in life.

                                          John Powell

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE DEFENDANTS RELEASE PLAN FOR MOTION FOR COMPASSIONATE RELEASE HAS BEEN PROVIDED BY UNITED STATES MAIL, POSTAGE PREPAID THIS 3 DAY OF NOVEMBER 2020 TO:

CLERK, U.S. DISTRICT COURT
POST OFFICE BOX 1130
AUGUSTA, GEORGIA 30903

*John Powell*
JOHN WILLIE POWELL

John Powell #23026021
Tallahassee
Federal Correctional Institute
501 Capital Circle NE
Tallahassee FL 32301

JACKSONVILLE FL 320
7 NOV 2020 PM 4 L
Thinking
FOREVER / USA

Clerk U.S. District court
P.o. box 1130
Augusta GA 30903

30903-113030